# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALAN BURGESS,<br><br>    Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-00077-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED ON JUNE 30, 2021, AND GRANTING PLAINTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT<br><br>(ECF Nos. 9, 10 ) |

    Plaintiff Jeffrey Alan Burgess is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On June 30, 2021, the Court issued an order for Plaintiff to show cause why the action should not be dismissed for failure to file an amended complaint. (ECF No. 9.)

    On July 6, 2021, Plaintiff filed a motion for an extension of time to file an amended complaint. Inasmuch as Plaintiff has requested an extension of time to file an amended complaint, the Court's June 30, 2021, is VACATED, and good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty days from the date of service of this order to file an amended complaint.

///

///

///

///

1

Failure to comply with this order will result in a recommendation that the action be dismissed for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: __July 7, 2021__

UNITED STATES MAGISTRATE JUDGE