1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEFFREY ALAN BURGESS,                    No.  1:21-cv-00077-DAD-SAB (PC)

12                  Plaintiff,

13          v.                                ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
14   GAVIN NEWSOM, et al.,                    ACTION

15                  Defendants.               (Doc. No. 14)

16

17
           Plaintiff Jeffrey Alan Burgess is proceeding *pro se* in this civil rights action pursuant to 42
18
     U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28
19
     U.S.C. § 636(b)(1)(B) and Local Rule 302.
20
           On September 7, 2021, the assigned magistrate judge issued findings and
21
     recommendations, recommending that this action be dismissed due to plaintiff's failure to state a
22
     claim upon which relief may be granted.  (Doc. No. 14.)  The pending findings and
23
     recommendations were served on plaintiff and contained notice that any objections thereto were
24
     to be filed within fourteen (14) days from the date of service.  (*Id*. at 9.)  Plaintiff filed objections
25
     to the pending findings and recommendations on September 27, 2021.  (Doc. No. 15.)
26
           In his objections, plaintiff contends that COVID-19 is a sufficiently imminent danger to
27
     his physical health to support his Eighth Amendment claims that defendants have not
28

                                             1

implemented policies to sufficiently protect inmates from the risk posed by the COVID-19 pandemic. (*Id.* at 2–4.) However, plaintiff does not address the magistrate judge's finding that plaintiff has failed to allege "a sufficient showing of any personal participation, direction, or knowledge on these Defendants' part regarding any other prison officials' actions." (Doc. No. 14 at 4.) Plaintiff also requests that the assigned magistrate judge be recused from his case due to the recommendations that plaintiff's action be dismissed for lack of a cognizable claim. (Doc. No. 15 at 2.) Objections to pending findings and recommendations is not the proper procedure by which to request recusal. Moreover, mere disagreement with the conclusions reached by a judicial officer is not proper grounds for recusal. *See* 28 U.S.C. § 445.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1.     The findings and recommendations issued on September 7, 2021 (Doc. No. 14) are adopted in full;

2.     This action is dismissed due to plaintiff's failure to state a claim upon which relief may be granted; and

3.     The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**October 25, 2021**__      _____

UNITED STATES DISTRICT JUDGE