# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALAN BURGESS,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 1:21-cv-00077-DAD-SAB (PC)<br><br>Appeal No. 21-17013<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR RECEIPT OF PAYMENT<br><br>(ECF No. 22) |

On October 25, 2021, the instant action filed pursuant to 42 U.S.C. § 1983 was dismissed and judgment was entered. (ECF Nos. 16, 17.)

On December 3, 2021, Plaintiff filed a notice of appeal with the United States Court of Appeals for the Ninth Circuit. (ECF No. 18.) On this same date, the Ninth Circuit issued an order directing Plaintiff to either pay the $505.00 filing fee or file a motion to proceed in forma pauperis. (ECF No. 21.)

Currently before the Court is Plaintiff's motion for a receipt of the $505.00 payment. (ECF No. 22.) Plaintiff is advised that upon review of the record in this case, the Court has not received the $505.00 appeal payment. Accordingly, Plaintiff's request for a copy of the receipt of such payment is denied, and the Clerk of Court shall serve a copy of this order on the appellate court.

IT IS SO ORDERED.

Dated:  **December 15, 2021**

UNITED STATES MAGISTRATE JUDGE

1